DATE:  July 5, 2022

The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1.  Jason Park
    v. Commonwealth of Virginia
    Record No. 0592-21-4
    Opinion rendered by Chief Judge Decker on
    May 3, 2022

2.  Dustin Keith Conley
    v. Commonwealth of Virginia
    Record No. 0682-21-2
    Opinion rendered by Judge Fulton on
    May 3, 2022

3.  Jeffery Dale Howard
    v. Commonwealth of Virginia
    Record No. 0495-21-4
    Opinion rendered by Judge Ortiz on
    May 10, 2022

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1.  Brandon Alan McCarthy
    v. Commonwealth of Virginia
    Record No. 1225-20-1
    Opinion rendered by Judge Huff
    on November 9, 2021
    Refused (211205)

2.  Gilbert R. Nelson, III
    v. Commonwealth of Virginia
    Record No. 0925-20-2
    Opinion rendered by Judge Decker
    on November 3, 2021
    Refused (220037)